UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| INGEBORG EMMA ROSS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AFNI, INC., AT&T MOBILITY, L.L.C., )<br>AND OXFORD COLLECTION AGENCY )<br>INC. )<br>)<br>    Defendants. ) | Case Number 2:08-cv-4155 |

### AFNI, INC.'S AND AT&T MOBILITY, L.L.C.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO RULE 6(b)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now AFNI, Inc. ("AFNI") and AT&T Mobility, L.L.C. ("AT&T") and, for its Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b)(1)(A), states as follows:

1. On or about July 3, 2008, plaintiff instituted suit against AFNI, AT&T, and Oxford Collection Agency, Inc., alleging violations of 11 U.S.C. §524(a) and The Fair Debt Collection Practices Act.

2. AFNI and AT&T received Notice of Service of Process on or about July 7, 2008.

3. AT&T's undersigned counsel received the Complaint after business hours on July 21, 2008. At that time, she was advised by her clients to hold off preparing an answer or other responsive pleading as AT&T was attempting to resolve this matter on behalf of AFNI and AT&T.

4. On July 24, 2008, AT&T's undersigned counsel received word that settlement was not imminent and that a responsive pleading needed to be filed by July 28, 2008.

4. Due to other previously scheduled and planned commitments, including but not limited to: (1) meeting with clients and preparing pleadings in <u>Jerry and Carolyn Vochatzer v. Robert H. Hughes and Southwestern Bell Telephone Company</u>, Cause No. 0816-CV-16493, which is pending in the Circuit Court of Jackson County, Missouri, and (2) preparing for an Arbitration in <u>Spanlink Communications, Inc. v. AT&T Data Comm and AT&T Services, Inc.</u>, which is pending before the American Arbitration Association, AT&T's counsel does not have sufficient time to investigate the allegations in Plaintiff's Complaint and to meet with her client in order to prepare an Answer or other Responsive Pleading in the above-captioned matter by Monday, July 28, 2008.

5. AT&T's undersigned counsel, therefore, respectfully requests an additional fourteen (14) days, to and including August 11, 2008, to file an Answer, including all appropriate affirmative defenses, or other Responsive Pleading on behalf of AFNI and AT&T.

6. Plaintiff's attorney does not expose this extension.

Wherefore, AFNI and AT&T prays that the Court grant its Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b)(1)(A), together with any further and/or additional relief the Court deems just and proper.

Respectfully submitted,

By: /s/ Mimi B. MacDonald
    Mimi B. MacDonald, #33485
    One AT&T Center, Room 3548
    St. Louis, MO 63101
    314-235-2518
    FAX 314-247-0881

Attorney for AFNI, Inc. and AT&T Mobility, L.L.C.

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 24th day of July, 2008, with the Court to be served by operation of the Court's electronic filing system to the following counsel of record:

Michael W. McCrary
Debt Relief Law Center of Missouri
1103 East Walnut, Suite 203
Columbia, Missouri 65201

                /s/ Mimi B. MacDonald_

3
Case 2:08-cv-04155-NKL   Document 5   Filed 07/24/08   Page 3 of 3