UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| INGEBORG EMMA ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number 2:08-cv-4155 |
| ) | |
| AFNI, INC., AT&T MOBILITY LLC, ) | |
| AND OXFORD COLLECTION AGENCY ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

## OXFORD COLLECTION AGENCY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO RULE 6(b)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now Oxford Collection Agency, Inc. ("Oxford") and, for its Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b)(1)(A), states as follows:

1. On or about July 3, 2008, plaintiff instituted suit against AFNI, Inc. ("AFNI") AT&T Mobility LLC ("AT&T"), and Oxford Collection Agency, Inc. ("Oxford"), alleging violations of 11 U.S.C. §524(a) and The Fair Debt Collection Practices Act.

2. Oxford received Notice of Service of Process on or about July 7, 2008.

3. Since the time that AT&T's counsel filed AFNI, Inc.'s and AT&T Mobility LLC's Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's Complaint, Oxford requested AT&T's counsel to represent it, too.

4. AT&T's counsel would like to file one Answer on behalf of all defendants. AFNI and AT&T's Answer is currently due on August 11, 2008. AT&T's undersigned counsel,

therefore, respectfully requests to and including August 11, 2008, to file an Answer, including all appropriate affirmative defenses, or other Responsive Pleading on behalf of Oxford.

6. Plaintiff's attorney does not oppose this extension.

Wherefore, Oxford Collection Agency, Inc. prays that the Court grant its Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b)(1)(A), together with any further and/or additional relief the Court deems just and proper.

Respectfully submitted,

By: /s/ Mimi B. MacDonald
Mimi B. MacDonald, #33485
One AT&T Center, Room 3548
St. Louis, MO 63101
314-235-2518
FAX 314-247-0881

Attorney for AFNI, Inc., AT&T Mobility LLC, and Oxford Collection Agency, Inc.

### CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 6th day of August, 2008, with the Court to be served by operation of the Court's electronic filing system to the following counsel of record:

Michael W. McCrary
Debt Relief Law Center of Missouri
1103 East Walnut, Suite 203
Columbia, Missouri 65201

/s/ Mimi B. MacDonald_